**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SCOTT MACKEY and DANIEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>IDT ENERGY, INC.,<br><br>                Defendant. | No. 18-cv-6756<br><br>Honorable Elaine E. Bucklo<br><br>Magistrate Judge Mary M. Rowland |

## NOTIFICATION AS TO AFFILIATES

Defendant IDT Energy, Inc., pursuant to Local Rule 3.2, states that IDT Energy, Inc. is a subsidiary of Genie Retail Energy, Inc. and an indirect subsidiary of Genie Energy Ltd., a publicly held company that indirectly owns more than 5% of IDT Energy, Inc.'s common stock.

<u>Dated</u>: November 30, 2018                  Respectfully Submitted,

                                                                        IDT ENERGY, INC.

                                                                        By: <u>/s/ Bennett W. Lasko</u>

| | |
|---|---|
| Motty Shulman (pro hac vice pending)<br>mshulman@bsfllp.com<br>Jason Cyrulnik (pro hac vice pending)<br>jcyrulnik@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200 | Bennett W. Lasko (ARDC #6196198)<br>LASKO LEGAL SERVICES LTD.<br>Two North Riverside Plaza, Suite 1850<br>Chicago, IL 60606<br>(312) 763-6290<br>blasko@laskolegal.com |

*Counsel for Defendant IDT Energy, Inc.*

## **CERTIFICATE OF SERVICE**

    I, Bennett W. Lasko, an attorney, hereby certify that on November 30, 2018, I electronically filed the foregoing NOTIFICATION AS TO AFFILIATES with the Clerk of the Court using the Electronic Case Filing System in compliance with the General Order on Electronic Case Filing, and thereby caused it to be served upon all counsel entitled to service, each of whom are registered as ECF users and are deemed to have consented to electronic service.

                                                                     /s/ Bennett W. Lasko