### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT MACKEY and DANIEL HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IDT ENERGY, INC.,<br><br>Defendant. | CASE NO. 18-cv-6756<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

Pursuant to General Order 17-0005 and the Standing Order Regarding Mandatory Initial Discovery Pilot Project, Plaintiffs Scott Mackey and Daniel Hernandez hereby state they served their Mandatory Initial Discovery Responses on all counsel of record for Defendants on January 2, 2019.

Dated: January 2, 2019

By: /s/ Michael C. Lueder
Michael C. Lueder
HANSEN REYNOLDS, LLC
301 N Broadway, Suite 400
Milwaukee, WI 53202
(414) 273-8474
mlueder@hansenreynolds.com

Alan W. Nicgorski
HANSEN REYNOLDS, LLC
150 S. Wacker Dr. 24th Floor
Chicago, IL 60606
(312) 265-2253
anicgorski@hansenreynolds.com

Anthony I. Paronich
Broderick & Paronich, P.C.
99 High St., Suite 304
Boston, MA 02110
(508) 221-1510
anthony@broderick-law.com

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
mmccue@massattorneys.net
*Subject to Pro Hac Vice*

Samuel J. Strauss
Turke & Strauss LLP
936 N. 34th Street, Suite 300
Seattle, WA 98103
(608) 237-1774
sam@turkestrauss.com
*Subject to Pro Hac Vice*

*Attorneys for Plaintiffs*