**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Scott Mackey, et al.

                               Plaintiff,

v.                                                      Case No.: 1:18−cv−06756
                                                        Honorable Elaine E. Bucklo

IDT Energy, Inc.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 10, 2020:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Motion to Compel (Corrected) [32] is denied without prejudice. Much if not all of what Plaintiff seeks in his Motion to Compel [32] relates to class discovery which is stayed [61]. To the extent Plaintiff believes he needs certain facts that have not yet been elicited during discovery in this case to respond to Defendant's Motion for Summary Judgment [85] directed at Plaintiff's individual claim, he should consider availing himself of Rule 56(d) of the Federal Rules of Civil Procedure. All matters relating to the referral of Plaintiff's Motion to Compel (Corrected) [32] having been addressed, the referral is terminated and the case is returned to the assigned District Judge. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.